IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARMAIN MURPHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTIAN CARE CENTERS, INC. )<br>d/b/a CHRISTIAN CARE CENTER, )<br>)<br>Defendant. ) | Civil Action No. 3:18-CV-2124-C |

### ORDER

On this day, the Court considered Defendant's Partial Motion to Dismiss Plaintiff's claims arising under Title VII of the Civil Rights Act of 1964, filed September 21, 2018, pursuant to Rule 12(b)(6). Plaintiff did not file a response to the Motion and the time to do so has expired.

The Court is of the opinion that Defendant's Motion is unopposed in light of Plaintiff's failure to respond, and the Motion should therefore be **GRANTED**. Alternatively, even if Plaintiff were opposed to the Motion, the Court finds that the Motion is meritorious and should be granted for the reasons stated in Defendant's Brief in Support.

Plaintiff's claims arising under Title VII of the Civil Rights Act of 1964 are therefore **DISMISSED WITH PREJUDICE** as time-barred.

SO ORDERED this 24th day of October, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE