IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARMAIN MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTIAN CARE CENTERS, INC. | ) |
| d/b/a CHRISTIAN CARE CENTER, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:18-CV-2124-C |

## ORDER

The Court, having dismissed Plaintiff's claims arising under Title VII of the Civil Rights Act of 1964, hereby **ORDERS** that Plaintiff file an amended complaint within fourteen (14) days from the date of this Order clarifying what claims, if any, invoke this Court's jurisdiction.[1] In the event Plaintiff fails to abide by this Court's Order, the above-styled and -numbered civil action will be dismissed with prejudice.

SO ORDERED this 24th day of October, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] "The various provisions of § 1343 confer federal court jurisdiction for violations of federal civil rights. . . . However, § 1343 is a jurisdictional statute that creates no substantive rights, and thus confers jurisdiction only where the complaint otherwise alleges a violation of federal law." *Peyton v. Leal*, 2011 WL 13196275, at *2 (N.D. Tex. Jan. 19, 2011) (McBryde, J.) (citing *Jewell v. City of Covington, Ga.*, 425 F.2d 459, 460 (5th Cir. 1970)).