IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARMAIN MURPHY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CHRISTIAN CARE CENTERS, INC. d/b/a CHRISTIAN CARE CENTER, | ) ) ) ) |
| Defendant. | ) Civil Action No. 3:18-CV-2124-C |

## ORDER

On October 24, 2018, the Court dismissed Plaintiff's claims arising under Title VII of the Civil Rights Act of 1964 and ordered Plaintiff file an amended complaint within fourteen (14) days clarifying what claims, if any, invoke this Court's jurisdiction. As of today's date, Plaintiff has failed to file an amended complaint and the time to do so has now passed. Accordingly, the Court hereby **ORDERS** that the above-styled and -numbered action be **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is hereby directed to close this civil action.

SO ORDERED this 9th day of November, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE